IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL DAVID DRAKE,

    Petitioner,               No. CIV S-00-1156 LKK JFM P

    vs.

SCOTT KIERNAN, et al.,

    Respondents.           <u>ORDER</u>

/

Petitioner, a state prisoner proceeding in forma pauperis, sought relief pursuant to 28 U.S.C. § 2254. This action was terminated on February 23, 2005. On May 19, 2005, petitioner filed a motion for leave to proceed in forma pauperis on appeal and appointment of counsel.

Rule 24 of the Federal Rules of Appellate Procedure provides as follows:

> a party who was permitted to proceed in forma pauperis in the district court action. . . may proceed on appeal in forma pauperis without further authorization, unless . . . the district court . . . certifies that the appeal is not taken in good faith or finds that the party is not otherwise entitled to proceed in forma pauperis . . . .

Fed. R. App. 24(a)(3). On April 15, 2005, the district court certified that petitioner's appeal is taken in good faith and on September 13, 2000, petitioner was granted leave to proceed in forma pauperis. Thus, petitioner's motion for leave to proceed in forma pauperis on appeal is unnecessary and will be denied.

      Petitioner also seeks appointment of counsel on appeal. This request is more appropriately directed to the Court of Appeals for the Ninth Circuit. Petitioner's request will be denied without prejudice to enable him to file his motion with the appellate court.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Petitioner's May 19, 2005 motion to proceed in forma pauperis on appeal is denied as unnecessary. <u>See</u> Fed. R. App. P. 24(f).

      2. Petitioner's May 19, 2005 motion for appointment of counsel on appeal is denied without prejudice.

DATED: June 13, 2005.

                                          UNITED STATES MAGISTRATE JUDGE

/001; drak1156.app