IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL DAVID DRAKE,

    Petitioner,        No. CIV S-00-1156 LKK JFM P

  vs.

LARRY SMALL, et al.,

    Respondents.       ORDER

_____/

    Petitioner, a state prisoner proceeding pro se, has filed a motion for leave to file a second petition for writ of habeas corpus. See 28 U.S.C. § 2244(b)(3)(A).[1] That motion should be addressed to the United States Court of Appeals for the Ninth Circuit. See id.

    Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to transfer petitioner's March 29, 2007 motion for leave to file a second petition for writ of habeas corpus to the United States Court of Appeals for the Ninth Circuit.

DATED: April 12, 2007.

                                  UNITED STATES MAGISTRATE JUDGE

12;drak1156.sec

---

[1] Petitioner cites to 28 U.S.C. § 2244(d)(1), but it is apparent his motion arises under § 2244(b)(3)(A).